IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Roqelio Ramirez Castillo, # 1120237, | ) | C/A No.: 1:15-4976-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Dr. T. Jacobs and Dr. Berry Weissglass, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Roqelio Ramirez Castillo ("Plaintiff"), proceeding pro se and in forma pauperis, filed this action while being detained at Charleston County Detention Center. On January 7, 2016, the court ordered Plaintiff to provide the service documents necessary to advance his case. [ECF No. 7]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff partially responded to the court's order, however, he did not properly complete his service documents. The court filed a second order on February 1, 2016, asking Plaintiff to provide the service documents necessary to advance his case. [ECF No. 9]. Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on February 25, 2016, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE

Senior United States District Judge

Columbia, South Carolina
March 2, 2016