AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Roqelio Ramirez Castillo, <br> *Plaintiff* <br> v. <br> J. Comstock, discipline hearing officer, in her individual capacity, <br> *Defendants* | Civil Action No.   1:15-cv-04976-CMC-SVH |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Roqelio Ramirez Castillo, shall take nothing of the defendants, Dr. T. Jacobs and Dr. Berry Weissglass, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:   March 3, 2016                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                         s/M. Walker
                                                         *Signature of Clerk or Deputy Clerk*