AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Roqelio Ramirez Castillo, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:15-cv-04976-CMC-SVH |
| Dr. T. Jacobs; Dr. Berry Weissglass, | ) | |
| *Defendants* | ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Roqelio Ramirez Castillo, shall take nothing of the defendants, Dr. T. Jacobs and Dr. Berry Weissglass, and this action is dismissed without prejudice.

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:  March 4, 2016                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/M. Walker
                                                                         *Signature of Clerk or Deputy Clerk*